ROM BAR-NISSIM (SBN: 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310.432.2836

JARRETT LEE ELLZEY (pro hac vice application forthcoming)
JEllzey@EKSM.com
TOM KHERKHER (pro hac vice application forthcoming)
TKherkher@EKSM.com
LEIGH S. MONTGOMERY (pro hac vice application forthcoming)
LMontgomery@EKSM.com
NATISCHA VOLPE (pro hac vice application forthcoming)
NVolpe@EKSM.com
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006

Attorneys for Plaintiffs
TED ENTERTAINMENT, INC.
MATT FISHER
GOLFHOLICS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, and GOLFHOLICS, INC., each individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>META PLATFORMS, INC.,<br><br>　　　　　　　　Defendant. | Case No.: 3:25-cv-10931<br><br>**STIPULATION REGARDING DEFENDANT META PLATFORM, INC.'S DEADLINE TO RESPOND TO COMPLAINT** |

|   |   |
|---|---|
| 1 | WHEREAS, on December 23, 2025, Plaintiffs Ted Entertainment, Inc., Matt Fisher, and |
| 2 | Golfholics, Inc. (collectively, "Plaintiffs") filed a Complaint (ECF No. 1) against Defendant Meta |
| 3 | Platforms, Inc. ("Defendant") (the "Action"); |
| 4 | WHEREAS, Plaintiffs served a Summons on Defendant in the Action on December 26, |
| 5 | 2025; |
| 6 | WHEREAS, Defendant's response to the Complaint in the Action is currently due January |
| 7 | 16, 2026; |
| 8 | WHEREAS, Civil Local Rule 6-1 permits the parties to "stipulate in writing, without a |
| 9 | Court order, to extend the time within which to answer or otherwise respond to the complaint" so |
| 10 | long as "the change will not alter the date of any event or any deadline already fixed by Court |
| 11 | order"; |
| 12 | WHEREAS, the parties have conferred and agreed to an extension of the deadline for |
| 13 | Defendant to move or otherwise respond to the Complaint and Plaintiffs' response and Defendant's |
| 14 | replies to any such motion; |
| 15 | WHEREAS, an extension of the deadline to respond to the Complaint will not alter the date |
| 16 | of any event or deadline already fixed by Court order; and |
| 17 | WHEREAS, Defendant does not waive, and expressly reserves, all available defenses. |
| 18 | **NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate and agree |
| 19 | that, subject to the approval of the Court, Defendant's deadline to respond to the Complaint is |
| 20 | extended to March 2, 2026; |
| 21 |   |
| 22 |   |
| 23 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 24 |   |
| 25 | DATED: January 16, 2026 |
| 26 | _____<br>Honorable Laurel D. Beeler |
| 27 | United States Magistrate Judge |
| 28 |   |

| | |
|---|---|
| DATED: January 15, 2026 | By: */s/ Rom Bar-Nissim*<br>　　　ROM BAR-NISSIM<br><br>**ELLZEY KHERKHER**<br>**SANFORD MONTGOMERY LLP**<br><br>JARRETT LEE ELLZEY<br>TOM KHERKHER<br>LEIGH S. MONTGOMERY<br>NATISCHA VOLPE<br><br>*Counsel for Plaintiffs* |
| DATED: January 15, 2026 | By:　*/s/ Niiki K. Vo.*<br>　　　Nikki K. Vo<br><br>Nikki K. Vo (239543)<br>**META PLATFORMS, INC.**<br>1 Hacker Way<br>Menlo Park, CA 94025<br>Telephone:<br><br>*Counsel for Meta Platforms, Inc.* |

- 2 -
STIPULATION REGARDING DEADLINE TO RESPOND TO COMPLAINT

**L.R. 5-1 SIGNATURE ATTESTATION**

As the ECF user whose user ID and password are utilized in the filing of this document, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: January 15, 2026                                    */s/ Rom Bar-Nissim*
                                                                                    ROM BAR-NISSIM