LATHAM & WATKINS LLP
 Joseph R. Wetzel (SBN 238008)
  *joe.wetzel@lw.com*
 Andrew M. Gass (SBN 259694)
  *andrew.gass@lw.com*
 Brittany N. Lovejoy (SBN 286813)
  *brittany.lovejoy@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendant Meta Platforms, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, and GOLFHOLICS, INC., each individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC.,<br><br>    Defendant. | CASE NO. 4:25-cv-10931-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT META PLATFORMS, INC.'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Hon. Jon S. Tigar |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP & [PROPOSED] ORDER REGARDING
DEADLINE TO RESPOND TO COMPLAINT
CASE NO. 4:25-cv-10931-JST

1     Pursuant to Civil Local Rules 6-1(b) and 6-2, IT IS HEREBY STIPULATED AND AGREED, as follows:

    WHEREAS, on December 23, 2025, Plaintiffs Ted Entertainment, Inc., Matt Fisher, and Golfholics, Inc. (collectively, "Plaintiffs") filed a Complaint (ECF No. 1) against Defendant Meta Platforms, Inc. ("Defendant") (the "Action");

    WHEREAS, Plaintiffs served a Summons on Defendant in the Action on December 26, 2025;

    WHEREAS, Defendant's response to the Complaint in the Action is currently due March 2, 2026;

    WHEREAS, the parties have conferred and agreed to an extension of the deadline for Defendant to move or otherwise respond to the Complaint;

    WHEREAS, Defendant does not waive, and expressly reserves, all available defenses.

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate and agree that, subject to the approval of the Court, Defendant's deadline to respond to the Complaint is extended to April 1, 2026;

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 20, 2026

_____
Honorable Jon S. Tigar
United States District Judge

Dated: February 19, 2026

**LATHAM & WATKINS LLP**

By: */s/ Joseph R. Wetzel*
    Joseph R. Wetzel (SBN 238008)
    *joe.wetzel@lw.com*
    Andrew M. Gass (SBN 259694)
    *andrew.gass@lw.com*
    Brittany N. Lovejoy (SBN 286813)
    *brittany.lovejoy@lw.com*
    505 Montgomery Street, Suite 2000
    San Francisco, California 94111
    Telephone: +1.415.391.0600

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP & [PROPOSED] ORDER REGARDING
DEADLINE TO RESPOND TO COMPLAINT
CASE NO. 4:25-cv-10931-JST

*Attorneys for Defendant Meta Platforms, Inc.*

*Attorneys for Defendant Meta Platforms, Inc.*

DATED: February 19, 2026

**HEAH BAR-NISSIM LLP**

By: /s/ *Rom Bar-Nissim*
Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: +1.310.432.2836

**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**

Jarrett Lee Ellzey (*pro hac vice forthcoming*)
JEllzey@EKSM.com
Tom Kherkher (*pro hac vice forthcoming*)
TKherkher@EKSM.com
Leugh S. Montgomery (*pro hac vice forthcoming*)
LMontgomery@EKSM.com
Natischa Volpe (*pro hac vice forthcoming*)
NVolpe@EKSM.com
4200 Montrose Street, Suite 200
Houston, TX 77006

*Attorneys for Plaintiffs Ted Entertainment, Inc., Matt Fisher, Golfholics, Inc.*