LATHAM & WATKINS LLP
　　Joseph R. Wetzel (SBN 238008)
　　　*joe.wetzel@lw.com*
　　Andrew M. Gass (SBN 259694)
　　　*andrew.gass@lw.com*
　　Brittany N. Lovejoy (SBN 286813)
　　　*britt.lovejoy@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600

*Attorneys for Defendant Meta Platforms, Inc.*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, and GOLFHOLICS, INC., each individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC.,<br><br>　　　　　　Defendant. | CASE NO. 4:25-cv-10931-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND TO AMENDED COMPLAINT**<br><br>Hon. Jon S. Tigar |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP & [PROPOSED] ORDER REGARDING
AMENDED COMPLAINT
CASE NO. 4:25-cv-10931-JST

Pursuant to Civil Local Rules 6-2 and 7-12, IT IS HEREBY STIPULATED AND AGREED, as follows:

WHEREAS, on December 23, 2025, Plaintiffs Ted Entertainment, Inc., Matt Fisher, and Golfholics, Inc. (collectively, "Plaintiffs") filed a Complaint (ECF No. 1) against Defendant Meta Platforms, Inc. ("Defendant") in this action (the "Action");

WHEREAS, on January 15, 2026, the Court approved, by order (ECF No. 8), the parties' stipulation that Defendant's response to the Complaint in the Action be extended to March 2, 2026;

WHEREAS, on February 20, 2026, the Court approved, by order (ECF No. 20), the parties' stipulation that Defendant's response to the Complaint in the Action be extended to April 1, 2026;

WHEREAS, the Joint Case Management Statement is currently due by April 21, 2026, and the Case Management Conference is scheduled for April 28, 2026 at 2:00 P.M. (ECF No. 13);

WHEREAS, Plaintiffs intend to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) on or before April 22, 2026;

WHEREAS, the parties have conferred and agreed that Plaintiffs' filing of an Amended Complaint would render Defendant's forthcoming response to the Complaint moot;

WHEREAS, the parties have conferred and agreed that, in light of Plaintiffs' intention to file an Amended Complaint, Defendant need not respond to the Complaint in the Action;

WHEREAS, Plaintiffs do not waive any right to further amend their Complaint pursuant to Federal Rule of Civil Procedure 15; and

WHEREAS, Defendant does not waive, and expressly reserves, all available defenses.

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, as follows:

1.    Defendant's obligation to respond to the Complaint is held in abeyance pending the filing of Plaintiffs' Amended Complaint;

2.    The Case Management Conference will be rescheduled to a later date determined by the Court, and the Joint Case Management Statement will be due 7 days before the Case Management Conference;

3.    Plaintiffs shall file their Amended Complaint no later than April 22, 2026; and

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP & [PROPOSED] ORDER REGARDING
AMENDED COMPLAINT
CASE NO. 4:25-cv-10931-JST

4.    Defendant shall respond to the Amended Complaint no later than May 13, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The case management conference is continued to July 28, 2026, with a joint case management statement due by July 21, 2026.

Dated:  April 1, 2026

_____
Honorable Jon S. Tigar
United States District Judge

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP & [PROPOSED] ORDER REGARDING
AMENDED COMPLAINT
CASE NO. 4:25-cv-10931-JST

Dated:  March 31, 2026

**LATHAM & WATKINS LLP**

By    */s/ Joseph R. Wetzel*

Joseph R. Wetzel (SBN 238008)
*joe.wetzel@lw.com*
Andrew M. Gass (SBN 259694)
*andrew.gass@lw.com*
Brittany N. Lovejoy (SBN 286813)
*britt.lovejoy@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600

*Attorneys for Defendant*
*Meta Platforms, Inc.*

Dated:  March 31, 2026

**HEAH BAR-NISSIM LLP**

By    */s/ Rom Bar-Nissim*

Rom Bar-Nissim (SBN 293356)
*Rom@HeahBarNissim.com*
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: 310.432.2836

**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**

Jarrett Lee Ellzey (*pro hac vice* forthcoming)
*JEllzey@EKSM.com*
Tom Kherkher (*pro hac vice* forthcoming)
*TKherkher@EKSM.com*
Leugh S. Montgomery (*pro hac vice* forthcoming)
*LMontgomery@EKSM.com*
Natischa Volpe (*pro hac vice* forthcoming)
*NVolpe@EKSM.com*
4200 Montrose Street, Suite 200
Houston, TX 77006

*Attorneys for Plaintiffs Ted Entertainment, Inc., Matt Fisher, Golfholics, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP & [PROPOSED] ORDER REGARDING
AMENDED COMPLAINT
CASE NO. 4:25-cv-10931-JST