William J. Edelman (SBN 285177)
Heather M. Lopez (SBN 354022)
wedelman@milberg.com
hlopez@milberg.com
**MILBERG, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Telephone: (771) 474-1121

*Attorneys for Plaintiffs*

Joseph R. Wetzel (SBN 238008)
Andrew M. Gass (SBN 259694)
Brittany N. Lovejoy (SBN 286813)
Joe.Wetzel@lw.com
Andrew.Gass@lw.com
Britt.Lovejoy@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600

Samir Deger-Sen (*pro hac vice*)
Samir.Deger-Sen@lw.com
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: 212.906.1200

*Attorneys for Defendant Meta Platforms, Inc*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, and GOLFHOLICS, INC., each individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>META PLATFORMS, INC.,<br>              Defendant. | Case No. 4:25-cv-10931-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING DEADLINES ON DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS**<br><br>Hon. Jon S. Tigar |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant Meta Platforms, Inc. ("Meta") stipulate and respectfully request that the Court continue the briefing deadlines on Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint.

1. The initial complaint in this matter was filed on December 23, 2025. (ECF No. 1).

2. The Court twice previously extended by stipulation the deadline for Meta to respond to the complaint (ECF Nos. 8, 20), and similarly granted a stipulation to hold in abeyance Meta's response to the complaint pending the filing of an anticipated amended complaint (ECF No. 30).

3. Plaintiffs filed their First Amended Complaint on April 22, 2026. (ECF No. 31).

4. On May 13, 2026, Meta filed its Motion to Dismiss Plaintiffs' First Amended Complaint. (ECF No. 33).

5. The parties have met and conferred regarding a modest extension of the briefing schedule given the complexity of the issues raised by Meta's motion.

6. Good cause exists for the requested extension because it will allow the parties adequate time to prepare full briefing on the issues raised by the Motion to Dismiss, will promote the orderly presentation of those issues to the Court, and will not affect any other scheduled dates or prejudice any party.

Accordingly, the parties request that the Court modify the briefing schedule for Defendant's Motion to Dismiss as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiffs' Opposition to Defendant's Motion to Dismiss | May 27, 2026 | June 12, 2026 |
| Defendant's Reply Brief in Support of Motion to Dismiss | June 3, 2026 | June 26, 2026 |

//

//

//

STIPULATION AND [PROPOSED] ORDER TO EXTEND MTD BRIEFING DEADLINES
Case No. 4:25-cv-10931-JST

Respectfully submitted,

Dated: May 19, 2026

/s/ *William J. Edelman*
William J. Edelman (SBN 285177)
Heather M. Lopez (SBN 354022)
wedelman@milberg.com
hlopez@milberg.com
**MILBERG, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Telephone: (771) 474-1121

Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (*pro hac vice* forthcoming)
Tom Kherkher (*pro hac vice*)
Leigh S. Montgomery (*pro hac vice* forthcoming)
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com
**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**
4200 Montrose Street, Suite 200
Houston, Texas 77006

James E. Cecchi (*pro hac vice* pending)
Kevin G. Cooper (*pro hac vice* pending)_
jcecchi@carellabyrne.com
kcooper@carellabyrne.com
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Attorneys for Plaintiffs*

Dated: May 19, 2026

/s/ *Joseph R. Wetzel  (w/ permission)__*
Joseph R. Wetzel (SBN 238008)
Andrew M. Gass (SBN 259694)
Brittany N. Lovejoy (SBN 286813)
Joe.Wetzel@lw.com
Andrew.Gass@lw.com
Britt.Lovejoy@lw.com
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600

3

Samir Deger-Sen (*pro hac vice*)
Samir.Deger-Sen@lw.com
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Telephone: 212.906.1200

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.  It is further ordered that the hearing on the motion to dismiss is continued to August 6, 2026.

Dated:  May 20, 2026

Honorable Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND MTD BRIEFING DEADLINES
Case No. 4:25-cv-10931-JST