William J. Edelman (SBN 285177)
Heather M. Lopez (SBN 354022)
**MILBERG, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (866) 252-0878
wedelman@milberg.com
hlopez@milberg.com

*Counsel for Plaintiff and the Proposed Class*
*[additional counsel on signature page]*

**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC. *et al.,* | ) Case No.: 4:25-CV-10931-JST |
| Plaintiffs, | ) |
| vs. | ) **PLAINTIFFS' NOTICE OF** |
| | ) **SUPPLEMENTAL AUTHORITY IN** |
| META PLATFORMS, INC., | ) **OPPOSITION TO META PLATFORMS,** |
| | ) **INC.'S MOTION TO DISMISS** |
| Defendant. | ) |
| | ) Hon. Jon S. Tigar |
| | ) |

Plaintiffs respectfully submit the July 31, 2026 decision in *Reddit, Inc. v. Serp API LLC*, No. 25 Civ. 8736 (PAE), Dkt. 104 (S.D.N.Y. July 31, 2026), as supplemental authority to Plaintiffs' opposition to Defendant Meta Platforms, Inc.'s pending motion to dismiss. The decision addresses claims under 17 U.S.C. § 1201(a)(1)(A). A copy of the decision is attached as Exhibit A.

Dated: August 5, 2026

Respectfully Submitted,

*/s/ William J. Edelman*
William J. Edelman (SBN 285177)
Heather M. Lopez (SBN 354022)
**MILBERG, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (866) 252-0878
wedelman@milberg.com
hlopez@milberg.com

Jarrett Lee Ellzey (*pro hac vice pending*)
Tom Kherkher (*pro hac vice*)
**ELLZEY KHERKHER SANFORD**
**MONTGOMERY LLP**
4200 Montrose Street, Suite 200
Houston, TX 77006

NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MOTION TO DISMISS

Tel: (713) 244-6363
JEllzey@EKSM.com
TKherkher@EKSM.com

Rom Bar-Nissim (SBN 293356)
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 432-2836
Rom@HeahBarNissim.com

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I caused the foregoing Plaintiffs' Notice of Supplemental Authority in Opposition to Defendant's Motion to Dismiss to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ William J. Edelman
William J. Edelman

2
NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MOTION TO DISMISS