William J. Edelman (SBN 285177)
Heather M. Lopez (SBN 354022)
**MILBERG, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (866) 252-0878
wedelman@milberg.com
hlopez@milberg.com

*Counsel for Plaintiff and the Proposed Class*
*[additional counsel on signature page]*

**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC. *et al.*,<br><br>Plaintiffs,<br>vs.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No.: 4:25-CV-10931-JST<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO META PLATFORMS, INC.'S MOTION TO DISMISS**<br><br>Hon. Jon S. Tigar |

Plaintiffs respectfully submit the August 19, 2026 decision in *Ted Entertainment, Inc., et al. v. Snap, Inc.*, No. 2:26-CV-00754-AB-MBK, ECF No. 70 (C.D. Cal. Aug. 19, 2026) (attached hereto as **Exhibit A**), and the August 18, 2026 decision in *UMG Recordings, Inc., et al. v. Suno Inc., et al.*, No. 1:24-CV-11611-FDS, ECF No. 271 (D. Mass. Aug. 18, 2026) (attached hereto as **Exhibit B**) as supplemental authority to Plaintiffs' opposition to Defendant Meta Platforms, Inc.'s pending Motion to Dismiss. These decisions addresses claims under 17 U.S.C. § 1201(a)(1)(A).

Dated: August 20, 2026

Respectfully Submitted,

*/s/ William J. Edelman*

William J. Edelman (SBN 285177)
Heather M. Lopez (SBN 354022)
**MILBERG, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (866) 252-0878
wedelman@milberg.com
hlopez@milberg.com

Jarrett Lee Ellzey (*pro hac vice pending*)
Tom Kherkher (*pro hac vice*)
**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**
4200 Montrose Street, Suite 200
Houston, TX 77006
Tel: (713) 244-6363
JEllzey@EKSM.com
TKherkher@EKSM.com

Rom Bar-Nissim (SBN 293356)
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 432-2836
Rom@HeahBarNissim.com

James E. Cecchi (*pro hac vice*)
Kevin G. Cooper (*pro hac vice*)
**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**
5 Becker Farm Rd.
Roseland, NJ 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, I caused the foregoing Plaintiffs' Notice of Supplemental Authority in Opposition to Defendant's Motion to Dismiss to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ William J. Edelman*
William J. Edelman