Heather Lopez (SBN 354022)
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Tel.: (331) 240-3015
hlopez@milberg.com

*Counsel for Plaintiff and the Proposed Class*
*[additional counsel on signature page]*

**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC. *et al.*,<br>Plaintiffs,<br>vs.<br>META PLATFORMS, INC.,<br>Defendant. | Case No.: 4:25-CV-10931-JST<br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO META PLATFORMS, INC.'S MOTION TO DISMISS**<br>Hon. Jon S. Tigar |

Plaintiffs respectfully submit the August 20, 2026 decision in *Anthony Justice, et al. v. Suno, Inc.*, No. 1:25-CV-11739-FDS, ECF No. 71 (D. Mass. Aug. 20, 2026) (attached hereto as **Exhibit A**) as supplemental authority to Plaintiffs' opposition to Defendant Meta Platforms, Inc.'s pending motion to dismiss. The decision addresses a claim under 17 U.S.C. § 1201(a)(1)(A).

Dated: August 24, 2026

Respectfully Submitted,

*/s/ Heather Lopez*
Heather Lopez (SBN 354022)
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Tel.: (331) 240-3015
hlopez@milberg.com

William J. Edelman (SBN 285177)
**MILBERG, PLLC**
280 South Beverly Drive-Penthouse
Beverly Hills, CA 90212
Tel: (866) 252-0878
wedelman@milberg.com

Jarrett Lee Ellzey (pro hac vice)
Tom Kherkher (pro hac vice)
**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**
4200 Montrose Street, Suite 200
Houston, TX 77006
Tel: (713) 244-6363
JEllzey@EKSM.com
TKherkher@EKSM.com

Rom Bar-Nissim (SBN 293356)
**HEAH BAR-NISSIM LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel: (310) 432-2836
Rom@HeahBarNissim.com

James E. Cecchi (pro hac vice)
Kevin G. Cooper (pro hac vice)
**CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**
5 Becker Farm Rd.
Roseland, NJ 07068
Tel: (973) 994-1700
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, I caused the foregoing Plaintiffs' Notice of Supplemental Authority in Opposition to Defendant's Motion to Dismiss to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Heather Lopez*
Heather Lopez (SBN 354022)