United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TED ENTERTAINMENT, INC., et al.,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 25-cv-10931-JST

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Edward J. Davila for consideration of whether the case is related to *Ted Entertainment, Inc. v. NVIDIA Corporation*, No. 25-cv-10287-EJD.

**IT IS SO ORDERED.**

Dated: August 25, 2026

JON S. TIGAR
United States District Judge