LATHAM & WATKINS LLP
Joseph R. Wetzel (SBN 238008)
Andrew M. Gass (SBN 259694)
Brittany N. Lovejoy (SBN 286813)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600
Email: *Joe.Wetzel@lw.com*
*Andrew.Gass@lw.com*
*Britt.Lovejoy@lw.com*

LATHAM & WATKINS LLP
Samir Deger-Sen (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: 212.906.1200
Email: *Samir.Deger-Sen@lw.com*

*Attorneys for Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, GOLFHOLICS, INC., DEVIN YOUNGBLOOD, NICOLE CHMURA, and CHRIS RICE, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | CASE NO. 4:25-cv-10931-JST<br><br>**NOTICE OF FILING OF RESPONSE IN OPPOSITION TO RELATING CASES**<br><br>The Honorable Jon S. Tigar |

On August 25, 2026, the Court referred this case to the Honorable Edward J. Davila for consideration of whether the case is related to *Ted Entertainment, Inc. v. Nvidia Corp.*, No. 25-cv-10287. *See* Dkt. 51. On August 27, 2026, Meta Platforms, Inc. ("Meta") filed a response to the referral pursuant to Civil Local Rule 3-12(c) and 3-12(e). For convenience, Meta hereby attaches as Exhibit A its response.

Dated: August 27, 2026

**LATHAM & WATKINS LLP**

By *<u>/s/ Joseph R. Wetzel</u>*

Joseph R. Wetzel (SBN 238008)
*Joe.Wetzel@lw.com*
Andrew M. Gass (SBN 259694)
*Andrew.Gass@lw.com*
Brittany N. Lovejoy (SBN 286813)
*Britt.Lovejoy@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600

Samir Deger-Sen (*pro hac vice*)
*Samir.Deger-Sen@lw.com*
1271 Avenue of the Americas
New York, New York 10020
Telephone: 212.906.1200

*Attorneys for Defendant*
*Meta Platforms, Inc.*